UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES-THOMAS ENGLISH, § | |
|    Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-00283 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
|    Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order (Dkt. 49) entered in this case, Plaintiff's federal-law claims are **DISMISSED**, and the remainder of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on August 27, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE